**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| KEVIN S. KANG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:25-cv-00412 |
| | ) | |
| v. | ) | |
| TRUSTEES OF DARTMOUTH | ) | |
| COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

To the Clerk:

Kindly enter my appearance as co-counsel for the Plaintiff, KEVIN S. KANG.

*s/ Lawrence A. Katz, Esquire*
LAWRENCE A. KATZ
Pro Hoc Vice Granted 10-29-25
525 Route 73 North
Suite 104
Marlton, NJ 08052
Phone: 856.652.2000 Ext. 497
Fax: 856.375.1010
Email: LAwrence.Katz@LLGNational.com